NORMA A. MATTHEWS, APPELLANT, V. FRIEDRICH GUENTHER ET AL., APPELLEES.*

FILED JULY 9, 1930. No. 27000.

*Courtright, Sidner, Lee & Gunderson,* for appellant.

*J. F. Green* and *M. F. Harrington, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY and DAY, JJ., and DINEEN, District Judge.

PER CURIAM.

Plaintiff brought this action in the district court for Cedar county to foreclose a real estate mortgage. The defense was that the contract was usurious. The trial court found in favor of defendants and plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.

---

*Reversed on rehearing, see opinion, *ante,* p. 742.